**16**

**Graddy Williams JOHNSON, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

No. 88–SC–69–KB.

Supreme Court of Kentucky.

May 24, 1990.

Cecil F. Dunn, Lexington, for movant.

Raymond Clooney, Bruce K. Davis, Kentucky Bar Ass'n, Frankfort, for respondent.

ORDER OF REINSTATEMENT

The application of Graddy Williams Johnson for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.500(1).

Mr. Johnson shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.

**In re Neville M. TUCKER.**

No. 86–SC–423–KB.

Supreme Court of Kentucky.

May 24, 1990.

ORDER OF REINSTATEMENT

The application of Neville M. Tucker for reinstatement to the practice of law in the Commonwealth of Kentucky is granted. SCR 3.520.

Mr. Tucker shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

STEPHENS, C.J., and COMBS, GANT, LAMBERT, LEIBSON and WINTERSHEIMER, JJ., concur.